IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

ANTHONY TROY ENGEL et al.,  )
                            )
    Plaintiffs,              )
                            )
vs.                         )   Civil No. 95-2128 H/V
                            )
CITY OF MEMPHIS et al.,     )
                            )
    Defendants.             )

### ORDER OF DISMISSAL WITH PREJUDICE

On December 12, 1996, counsel for the above mentioned parties appeared before the U.S. Magistrate for a conference on this matter. It has appeared to this Court through representation of the Magistrate that a resolution of the matter has occurred and a Stipulation of Dismissal With Prejudice pursuant to Fed. R. Civ. P. 41 is forthcoming. Therefore, this case is hereby DISMISSED with prejudice, subject to entry of the parties Rule 41 Stipulation of Dismissal.

It is so ORDERED, this 2 day of January, 1997.

CERTIFIED TRUE COPY
ROBERT R. DI TROLIO
U.S. DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

BY _____
      DEPUTY CLERK

ODELL HORTON, JUDGE
UNITED STATES DISTRICT COURT

This document entered on docket sheet in compliance with Rule 58 and/or .9 (a) FRCP on 1/3/97.